IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO STANFORD,

    Petitioner,                    No. CIV S-03-0534 DFL EFB P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.              ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 9, 2007, petitioner requested an extension of time to file and serve objections to the April 27, 2007 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's May 9, 2007, motion is granted and petitioner has 30 days from the date this order is served to file and serve objections to the April 27, 2007 findings and recommendations.

Dated: May 21, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE