IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO STANFORD,

    Petitioner,           No. CIV S-03-0534 DFL EFB P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.        ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 18, 2007, petitioner requested an extension of time to file and serve objections to the April 27, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's June 18, 2007, motion is granted in part and petitioner has 30 days from the date this order is served to file objections to the April 27, 2007, findings and recommendations.

DATED: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE