IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO STANFORD,

    Petitioner,                                               No. CIV S-03-0534 RRB EFB P

    vs.

DAVID L. RUNNELS, Warden,                     ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 1, 2007 denial of his application for a writ of habeas corpus, and requests appointment of counsel.

        Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or state the reasons why a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in the magistrate judge's April 27, 2007 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Therefore, a certificate of appealability should not issue in this action.

        There is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes

1

1 the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u>
2 Rule 8(c), Fed. R. Governing § 2254 Cases. In the absence of a substantial showing that
3 petitioner has been denied a constitutional right, the court finds that the interests of justice would
4 not be served by appointment of counsel at the present time.
5       Accordingly, petitioner's requests for a certificate of appealability and for counsel
6 are denied.
7       IT IS SO ORDERED.
8       ENTERED this 19th day of March, 2008.

                                  S/RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT JUDGE