IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO STANFORD,

    Petitioner,                    No. CIV S-03-0534 RRB EFB P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.                 <u>ORDER</u>

                              /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. On October 1, 2007, the petition was denied and judgment was entered accordingly. On March 20, 2008, the district judge denied petitioner's previous request for appointment of counsel. For the same reasons, the court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED that petitioner's April 7, 2008, motion for appointment of counsel is denied.

DATED: May 27, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE